GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER BUCKWALTER,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., CLARITY SERVICES, INC., NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., DOVENMUEHLE MORTGAGE, INC.<br><br>Defendants. | Case No. 2:25-cv-00445-APG-EJY<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond is extended from April 8, 2025 through and including **May 8, 2025.** The request was made by Equifax so that it can have an opportunity to collect and review its internal

/ /

1  files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed
2  in good faith and not intended to cause delay.
3      Respectfully submitted, this 2nd day of April, 2025.

CLARK HILL PLLC

By: /s/Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
Tel: (702) 862-8300
Fax: (702) 778-9709
Email: gmarina@clarkhill.com
*Attorney for Defendant Equifax Information Services LLC*

<u>**No opposition**</u>

/s/*George Haines*
George Haines
**Freedom Law Firm, LLC**
8985 S. Eastern Ave.
Suite 100
Las Vegas, NV 89123
702-880-5554
Email: Ghaines@freedomlegalteam.com

*Attorney for Plaintiff*

IT IS SO ORDERED:

_____
U.S. MAGISTRATE JUDGE

DATED: April 2, 2025