**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEXANDER BUCKWALTER,<br><br>　　Plaintiff<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br><br>　　Defendants | Case No.: 2:25-cv-00445-APG-EJY<br><br>**Order Denying Motion for Entry of Default as Moot**<br><br>[ECF No. 20] |

　　In light of the notice of settlement with defendant Experian Information Solutions, Inc. (ECF No. 25),

　　I ORDER that the plaintiff's motion for entry of clerk's default as to Experian Information Solutions, Inc. (ECF No. 20) is DENIED as moot.

　　DATED this 10th day of June, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE