George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Alexander Buckwalter*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Alexander Buckwalter,<br><br>                Plaintiff,<br>v.<br><br>Equifax Information Services LLC; Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc. and Dovenmuehle Mortgage, Inc.,<br><br>                Defendants. | Case No.: 2:25-cv-00445-APG-EJY<br><br>**Stipulation for dismissal of Dovenmuehle Mortgage, Inc. with prejudice** |

　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Alexander Buckwalter and Dovenmuehle Mortgage, Inc. stipulate to dismiss Plaintiff's claims against Dovenmuehle Mortgage, Inc. with prejudice.

///
///
///
///

_____

STIPULATION                                          - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: September 15, 2025.

**FREEDOM LAW FIRM**

/s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Alexander Buckwalter*

**TIFFANY & BOSCO, P.A.**

/s/ Kevin S. Soderstrom
Kevin S. Soderstrom, Esq.
10100 W. Charleston Blvd., Ste.220
Las Vegas, NV 89135
*Counsel for Dovenmuehle Mortgage, Inc.*

IT IS SO ORDERED:

_____
CHIEF UNITES STATES DISTRICT JUDGE

DATED: September 17, 2025

_____
STIPULATION                          - 2 -